IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION



| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL NO:. 3:90-CV-1564-W |
| | § | |
| ROBIN LYNN COX aka | § | |
| ROBIN LYNN YORK, | § | |
| | § | |
| Defendant. | § | |

## SATISFACTION OF JUDGMENT

Robin Lynn Cox aka Robin Lynn York has satisfied the debt owed in this case. A Copy of the Release of Judgment Lien is attached as Exhibit A.

Respectfully submitted,

SARAH R. SALDAÑA
UNITED STATES ATTORNEY

*Megan J. Fahey*

Megan J. Fahey
Assistant United States Attorney
Texas State Bar No. 24043655
Burnett Plaza Suite 1700
801 Cherry Street Unit #4
Fort Worth, Texas 76102-6882
Tel: 817.252.5200
Fax: 817.252.5459
Megan.Fahey@usdoj.gov

STATE OF TEXAS  
COUNTY OF TARRANT

RELEASE OF JUDGMENT LIEN

In the cause of United States of America vs. Robin Lynn Cox aka Robin Lynn York, case number 3:90-CV-1564-W in the United States District Court for the Northern District of Texas, a Judgment docketed on April 15, 1991, was rendered in favor of the United States and against Robin Lynn Cox aka Robin Lynn York for the sum of $5,844.19, together with interest from the date of the Judgment at the rate of 6.26% per annum compounded annually until paid and all costs of the suit.

An Abstract of Judgment was filed in the official public records as follows:

Book 91107, Page 1770, Instrument # 199101078629 on May 31, 1991, in Dallas County, Texas

The Judgment was fully compromised by Robin Lynn Cox aka Robin Lynn York. At the time of the compromise, the United States of America was the holder of the Judgment.

I, Megan J. Fahey, Assistant United States Attorney in the United States District Court for the Northern District of Texas, hereby acknowledge that the Judgment was compromised and release to Robin Lynn Cox aka Robin Lynn York all liens arising from the entry of the Judgment and the recording of the Abstract.

Dated at Fort Worth, Texas, this 20th day of July, 2012.

_____  
Megan J. Fahey  
Assistant United States Attorney

STATE OF TEXAS  
COUNTY OF TARRANT

BEFORE ME, the undersigned authority, on this day personally appeared Megan J. Fahey, Assistant United States Attorney, known to me to be the person whose name is subscribed to the foregoing instrument, and acknowledged to me that she executed same for the purposes and considerations therein expressed and in the capacity therein stated.

GIVEN UNDER MY HAND AND SEAL OF OFFICE this 20th day of July, 2012.

_____  
Notary Public, State of Texas  
(Seal)

VENICE GIVENS  
Notary Public, State of Texas  
My Commission Expires  
September 29, 2015

GOVERNMENT  
EXHIBIT  
A



**U.S. Department of Justice**

United States Attorney
Northern District of Texas

FLU: CIV
USAO 1990A03349

Burnett Plaza Suite 1700    Commercial 817.252.5200
801 Cherry Street Unit #4    Fax 817.252.5459
Fort Worth, Texas 76102-6882

JUL 2 3 2012

United States District Clerk
1100 Commerce Street, Room 1452
Dallas, TX 75242-1003

Re:    United States of America v. Robin Lynn Cox aka Robin Lynn York
       Case Number 3:90-CV-1564-W - Dallas Division

Dear District Clerk:

Enclosed is an original Satisfaction of Judgment plus one copy for filing in the above captioned case. Due to the age of the case, a copy of the Judgment is also enclosed for your reference.

Please advise of the date of filing by conforming and returning the extra copy to Kathleen Simms in the Financial Litigation Unit.

Sincerely yours,

SARAH R. SALDAÑA
UNITED STATES ATTORNEY

*Kathleen E Simms*

Kathleen E. Simms
Financial Litigation Unit


Encls:   Satisfaction of Judgment - Orig & 1 copy
          Copy of Judgment

4-15-91

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
APR 15 1991
NANCY DOHERTY, CLERK
By _____
Deputy

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF TEXAS

DALLAS DIVISION

ENTERED ON DOCKET
APR 15 1991 PURSUANT
TO F. R. C. P. RULES
58 AND 79a.

UNITED STATES OF AMERICA,

    Plaintiff,

VS.

ROBIN LYNN COX,
aka: ROBIN LYNN YORK

    Defendant.

CIVIL NO.
3-90-1564-W

# JUDGMENT

IT IS ORDERED, ADJUDGED AND DECREED that the United States have judgment against said defendant for the sum of $ 5,844.19 together with interest thereon from date of this judgment at the rate of 6.26 % per annum and compounded annually until paid, and all costs of suit, for all of which plaintiff may have its execution.

ENTERED this 12th day of April, 1990.

_____
UNITED STATES DISTRICT JUDGE

**U.S. Department of Justice**
United States Attorneys Office
Northern District of Texas
*Financial Litigation Unit*
Burnett Plaza Ste 1700
801 Cherry Street Unit 4
Fort Worth, TX 76102-6882

Official Business

**ADDRESS SERVICE REQUESTED**

U.S. OFFICIAL MAIL US POSTAGE
PENALTY FOR PRIVATE USE $300
$ 00.65
Mailed From 76102
07/23/2012
031A 0003230323

United States District Clerk
1100 Commerce Street, Room 1452
Dallas, TX 75242-1003

JUL 25 2012
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS